**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-1205**

———————————

ARTHUR NUCKLES,

Petitioner,

versus

CLINCHFIELD COAL COMPANY; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

Respondents.

———————————

On Petition for Review of an Order of the Benefits Review Board.
(No. 94-0403-BLA)

———————————

Submitted:  February 11, 1997      Decided:  February 21, 1997

———————————

Before WILLIAMS and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Arthur Nuckles, Petitioner Pro Se.  Michael Francis Blair, PENN, STUART & ESKRIDGE, Abingdon, Virginia; Patricia May Nece, John M. McCracken, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for Respondents.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks review of the Benefits Review Board's order granting his motion for reconsideration and reaffirming the decision and order affirming the ALJ's decision to deny his application for black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1996). Our review of the record discloses that the Board's decisions are based upon substantial evidence and are without reversible error. Accordingly, we affirm on the reasoning of the Board. Nuckles v. Clinchfield Corp., No. 94-0403-BLA (B.R.B. Feb. 24, 1995 & Jan. 25, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED